UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-11899-GAO

MAURICE SINKFIELD,
Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,
Defendants.

## ORDER

O'TOOLE, D.J.

On September 21, 2016, Maurice Sinkfield filed a civil complaint in which he challenged the conditions of his confinement at FMC Devens.  In an order dated September 26, 2016, Magistrate Judge Judith G. Dein ordered plaintiff Maurice Sinkfield to pay the $400 fee for filing a civil action or seek leave to proceed in forma pauperis.  The Court warned Sinkfield that failure to do so within 21 days could result in dismissal of the action.

The time for complying with the Court's order has expired and Sinkfield has not paid the filing fee or otherwise communicated with the Court.  The copy of Judge Dein's September 26, 2016 order that the Clerk mailed to Sinkfield was returned as undeliverable and the Court does not know the plaintiff's current location.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

SO ORDERED.

1/18/2017                                    /s/ George A. O'Toole, Jr.
DATE                                         GEORGE A. O'TOOLE, JR
                                             UNITED STATES DISTRICT JUDGE